IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-cv-464

| | |
|---|---|
| ELECTRONIC SYSTEMS PROTECTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INNOVOLT, INC., <br><br> Defendant. | **ORDER AND DISMISSAL** |

It is hereby ORDERED, ADJUDGED AND DECREED that the Joint Stipulated Dismissal of All Claims and Counterclaims be granted and that all claims and counterclaims asserted in the present action are dismissed without prejudice, with each party bearing its own costs.

So ORDERED, this the 23rd day of August, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge